Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS INC., STREAMRAY INC., and DOES 1-20, <br><br> Defendants. | Civil Action No.: 2:14-CV-03456-ES-JAD <br><br> MOTION DATE: AUGUST 18, 2014 |

<u>**BRIEF IN OPPOSITION TO
DEFENDANTS' MOTION FOR DISMISSAL UNDER RULE 12(B)(6)**</u>

## TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ................................................................................................... ii

ARGUMENT .......................................................................................................................... 1

CONCLUSION ....................................................................................................................... 2

# TABLE OF AUTHORITIES

**PAGE(S)**

## CASES

*Croker v. Applica Consumer Prods., Inc.*,
 No. 05-3054 (RBK), 2006 U.S. Dist. LEXIS 14464 (D.N.J. Mar. 10, 2006)................1

*Hailstalk v. Antique Auto Classic Car Storage, LLC*,
 No. 07-5195 (NLH), 2008 U.S. Dist. LEXIS 68016 (D.N.J. Sept. 9, 2008) .................1

*Snyder v. Pascack Valley Hosp.*,
 303 F.3d 271 (3d Cir. 2002)........................................................................................1

*St. Clair v. Citizens Fin. Grp.*,
 No. 08-1257 (JBS), 2008 U.S. Dist. LEXIS 92135 (D.N.J. Nov. 12, 2008) .................1

## COURT RULES

L. Civ. R. 7.1(d)(5) .............................................................................................................1

**ARGUMENT**

Plaintiff WAG ACQUISITION, LLC files this brief in opposition to Defendants FriendFinder Networks Inc. and Streamray Inc.'s Motion for Dismissal Under Rule 12(b)(6) [Dkt. No. 10] (the "Motion") against certain allegations of Plaintiff's Complaint filed on May 30, 2014 [Dkt. No. 1].[1]

On July 8, 2014, Defendants filed their Motion, which was set to be heard before this Court on August 4, 2014.  Plaintiff filed a letter for an automatic extension of the motion day to August 18, 2014.  *See* L. Civ. R. 7.1(d)(5).

On July 29, 2014, Plaintiff filed a First Amended Complaint. [Dkt. No. 12].  "An amended complaint supersedes the original version in providing the blueprint for the future course of a lawsuit."  *Snyder v. Pascack Valley Hosp.*, 303 F.3d 271, 276 (3d Cir. 2002).  Accordingly, Defendants' Motion is moot and should be denied without prejudice.  *See, e.g., St. Clair v. Citizens Fin. Grp.*, No. 08-1257 (JBS), 2008 U.S. Dist. LEXIS 92135, at *3, n.3 (D.N.J. Nov. 12, 2008) ("because Plaintiff has submitted an amended complaint, Defendants' initial motion to dismiss is deemed moot"); *Hailstalk v. Antique Auto Classic Car Storage, LLC*, No. 07-5195 (NLH), 2008 U.S. Dist. LEXIS 68016, at *4, n.2 (D.N.J. Sept. 9, 2008) ("Since an amended complaint supersedes the original complaint, the motion to dismiss the original complaint will be denied as moot"); *Croker v. Applica Consumer Prods., Inc.*, No. 05-3054 (RBK), 2006 U.S. Dist. LEXIS 14464, at *5-6 (D.N.J. Mar. 10, 2006) ("Accordingly, because Plaintiffs have now amended their Complaint, Defendants' motion to dismiss is moot and will be denied without prejudice. . . .  Should Defendants find that Plaintiffs' Amended Complaint does not ameliorate the alleged deficiencies, Defendants may file new motions to dismiss as they

---

[1] WAG Acquisitions, LLC believes that its May 30, 2014 Complaint was pled with sufficient specificity to defeat Defendants' Motion for Dismissal; however, in an effort to expedite the progress of this case and conserve judicial resources, Plaintiff has amended its Complaint [Dkt. No. 12].

pertain to the Amended Complaint").

## CONCLUSION

Plaintiff therefore respectfully requests that this Court declare that Defendants' Motion is moot and deny the Motion without prejudice.

Dated:  July 29, 2014

Respectfully submitted,

LEWIS BAACH PLLC

By: /s/ Ronald Abramson
Ronald Abramson
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

On this 29th day of July, 2014, I certify that I caused a copy of the foregoing Brief in Opposition to Defendants' Motion for Dismissal Under Rule 12(b)(6) to be served upon counsel for Defendants via the Court's ECF filing system.

                                                                s/ Ronald Abramson
                                                                Ronald Abramson

Dated: July 29, 2014