**Lewis | Baach** pllc
**Kaufmann Middlemiss**
THE NEW YORK OFFICE OF LEWIS BAACH PLLC

Ronald Abramson
212 822 0163
ronald.abramson@lewisbaach.com

<u>**VIA ECF**</u>

August 29, 2014

Clerk of the Court
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: *WAG Acquisition, LLC v. FriendFinder Networks, Inc., et al.*
     **Civil Action No. 2:14-cv-03456-ES-JAD**

Dear Clerk:

  We represent the Plaintiff in the above-referenced matter.

  Pursuant to Local Civil Rule 7.1(d)(5), Plaintiff requests an adjournment of the motion day of Dkt. 20, the motion to dismiss filed by defendants, originally returnable on September 15, 2014. This motion has not previously been extended or adjourned.

  Plaintiff seeks an automatic adjournment of the original motion day to the next available motion day, which is October 6, 2014.

                Sincerely,

                Ronald Abramson

Cc:
  <u>Via ECF and Electronic Mail</u>
  Leda Dunn Wettre, Esq.
  Frank M. Gasparo, Esq.
  Ralph A. Dengler, Esq.
  Todd M. Nosher, Esq.