Leda Dunn Wettre
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
LWettre@rwmlegal.com

OF COUNSEL:
Frank M. Gasparo
Ralph A. Dengler
Todd M. Nosher
Andrew P. MacArthur
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.:  (212) 307-5500
Facsimile No.:   (212) 307-5598
FMGasparo@venable.com
RADengler@venable.com
TMNosher@venable.com
APMacArthur@venable.com

*Attorneys for Defendants FriendFinder Networks Inc. and Streamray Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>         Plaintiff,<br><br>    v.<br><br>FRIENDFINDER NETWORKS INC.;<br><br>STREAMRAY INC.; and<br><br>DOES 1-20,<br><br>         Defendants. | Civil Action No. 14-03456 (ES) (JAD)<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>JURY TRIAL DEMANDED<br><br>MOTION DATE: OCTOBER 20, 2014<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION FOR DISMISSAL UNDER RULE 12(B)(6)** |

ON NOTICE TO:

Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 826-7001

Esther Yong
**LEWIS BAACH pllc**
1899 Pennsylvania Avenue, NW,
Suite 600
Washington, DC 20006
(202) 833-8900

*Attorneys for WAG Acquisition, LLC*

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7.1, Defendants FriendFinder Networks Inc. and Streamray Inc. ("Defendants") will move this Court at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 on October 20, 2014, or a date to be set by this Court, for an order dismissing Plaintiff's First Amended Complaint for failure to state a claim on which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely on the accompanying Opening Brief in Support of Defendants' Motion For Dismissal Under Rule 12(b)(6) and the Declaration of Andrew P. MacArthur, which are filed contemporaneously herewith. A proposed Order is enclosed.

Respectfully submitted,

*s/ Leda Dunn Wettre*
   Leda Dunn Wettre
**ROBINSON, WETTRE & MILLER LLC**
One Newark Center
19th Floor
Newark, NJ 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2760
LWettre@rwmlegal.com

**OF COUNSEL:**
Frank M. Gasparo (*Pro Hac Vice*)
Ralph A. Dengler (*Pro Hac Vice*)
Todd M. Nosher
Andrew P. MacArthur
**VENABLE LLP**
1270 Avenue of the Americas
New York, New York 10020
Telephone No.: (212) 307-5500
Facsimile No.: (212) 307-5598
FMGasparo@venable.com
RADengler@venable.com
TMNosher@venable.com
APMacArthur@venable.com

*Attorneys for Defendants*
*FriendFinder Networks Inc. and*
*Streamray Inc.*

Dated: September 19, 2014

## CERTIFICATE OF SERVICE

I**, LEDA DUNN WETTRE**, hereby certify that on September 19, 2014, on behalf of Defendants FriendFinder Networks Inc. and Streamray Inc., I caused a true and correct copy of Defendants' Motion for Dismissal Under Fed. R. Civ. P. 12(b)(6) and all supporting papers to be served to the following attorneys by the means below:

**BY ECF and EMAIL:**
Ronald Abramson
David G. Liston
LEWIS BAACH pllc
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
ronald.abramson@lewisbaach.com
david.liston@lewisbaach.com

Esther Yong
LEWIS BAACH pllc
1899 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20006
esther.yong@lewisbaach.com

I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 19, 2014                              *s/Leda Dunn Wettre*
                                                       Leda Dunn Wettre